# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00299-CV

### Nationstar Mortgage, LLC d/b/a Mr. Cooper, Appellant

### v.

### Kimberly Leff and Ben Leff, Appellees

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-003076, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Nationstar Mortgage, LLC has filed an unopposed motion for extension of time to file its appellant's brief. Nationstar Mortgage requests an additional ninety days to file its brief so that the parties may continue ongoing settlement negotiations and resolve their dispute "without the need for further litigation."

We construe Nationstar Mortgage's motion as a motion to abate. We grant the motion and abate the appeal. *See* Tex. R. App. P. 42.1(a)(2)(C). The parties shall submit either a joint status report concerning the status of the settlement negotiations or a motion to dismiss on or before October 31, 2019.

Before Justices Goodwin, Baker, and Kelly

Abated

Filed:   September 20, 2019